IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-00008-M-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRENTON DWAYNE PEARSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's notice advising he "no longer wishes to proceed with a competency hearing" pursuant to 18 U.S.C. § 4241 (DE 63). The court construes the notice as a motion to vacate the hearing scheduled by the court in conformity with its order granting Defendant's Motion to Conduct Psychological, Psychiatric and Other Evaluations of the Defendant (DE 49). In light of the Defendant's request and in consideration of the Forensic Psychiatric Report issued by Katayoun Tabrizi, M.D. (DE 58), the court VACATES the hearing currently scheduled on May 3, 2021. Defendant's sentencing hearing will, as previously ordered (DE 47), proceed during the May 4, 2021 term of court.

SO ORDERED this 20th day of April, 2021.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE