IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:20-CR-00008-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRENTON DWAYNE PEARSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's pro se request for a copy of an "indigent transcript." DE 78. Defendant has also, by separate motion, requested the appointment of counsel regarding an apparent motion for a reduction of his sentence; the court has granted that request. DE 79, 80. In the current motion, Defendant identifies neither the proceeding for which he seeks a transcript nor the authority under which the court must provide him an "indigent" copy. Thus, the court will DENY Defendant's motion WITHOUT PREJUDICE, in the event that his appointed counsel may wish to make a similar request in support of the requested sentence reduction.

SO ORDERED this 2d day of January, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE